UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MEADOW DONUTS, INC.

CA 06 308

vs.

C.A. No. 06-______

ANTONIO J. ANDRADE AND
DIANA M. ANDRADE

NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C. §1446(b)

In accordance with the provisions of 28 U.S.C. §1446(b), the defendants, Antonio J. Andrade and Diana M. Andrade (the Andrades), hereby notice the removal of the referenced case to this Court from the Superior Court (Kent County) of the State of Rhode Island. The grounds for removal are as follows:

1. The plaintiff, Meadow Donuts, Inc. (Meadow), is a corporation organized and existing under the laws of the State of Rhode Island, maintaining its principal place of business in the City of Warwick, Rhode Island. Accordingly, Meadow is a citizen of the State of Rhode Island within the meaning of 28 U.S.C. §§1332(a) and (c).

2. The Andrades are permanent residents of the State of Florida. For that and other reasons, they are citizens of the State of Florida within the meaning of 28 U.S.C. §1332(a).

3. The matter in controversy in this case exceeds the sum or value of $75,000, exclusive of interest and costs. Specifically, this is a dispute about whether Meadow has a right to prepay a promissory note (Note), in the original principal amount of $900,000,

held by the Andrades. Under the terms of the Note, a sum in excess of $162,000 is payable on account of interest alone over the next six years.

4. This, therefore, is a "civil action brought in a State court of which the district courts of the United States have original jurisdiction" within the meaning of 28 U.S.C. §1441(a). In other words, this case is within the Court's diversity jurisdiction. 28 U.S.C. §1332(a)(1).

5. The case is now pending in a place within the District of Rhode Island.

6. All process, pleadings, and orders served upon the Andrades (consisting of 18 pages) are attached and marked "Appendix."

For each of these reasons, therefore, this case is properly removed to this Court.

ANTONIO J. ANDRADE AND
DIANA M. ANDRADE
By their attorney,

Anthony F. Muri, Esq. (539)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 421-7300 – Voice
(401) 421-7352 – Fax
afm@goldenberg-muri.com – E-Mail

CERTIFICATE OF SERVICE

I hereby certify that on the 10 day of July, 2006, a true copy of the within Notice of Removal was sent by certified mail, return receipt requested, to:

Stephen C. Mackie, Esq.
Mackie & Reilly
681 Smith Street
Providence, RI 02908

David E. Perry
Clerk
Kent County Superior Court
222 Quaker Lane
Warwick, RI 02886

Jennifer R. Gagnon