STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

RECEIVED
JUL 14 2006
GOLDENBERG & MURI

Case ID: KC-2006-0458 MEADOW DONUTS INC V ANTONIO ANDRADE

Filing Date: 05-22-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PROMISSORY NOTE
Status Date: 07-11-2006

Plaintiff: MEADOW DONUTS INC
ID: @10841456

Attorney: STEPHEN MACKIE

Defendant: ANTONIO ANDRADE
ID: @10841458

Defendant: DIANA ANDRADE
ID: @10841461

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-22-2006 | COMPLAINT FILED | |
| 05-22-2006 | INITIAL FILING FEE | |
| 05-22-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK52681. |
| 07-03-2006 | AFFIDAVIT FILED | OF STEPHEN MACKIE ESQ. |
| 07-03-2006 | SUMMONS,PROOF OF SERVICE FILED | & DIANA ANDRADE2 FILED<br>Affiliated: ANDRADE, ANTONIO |
| 07-11-2006 | NOTICE OF REMOVAL | Affiliated: ANDRADE, ANTONIO |
| 07-11-2006 | CASE REMVD TO US DISTRICT CT | |
| 07-11-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island