UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MEADOW DONUTS, INC.

VS. C.A. NO. 06-308-S

ANTONIO J. ANDRADE and
DIANA M. ANDRADE

REPLY TO COUNTERCLAIM

1. In response to the allegations contained in paragraph 1 of the Counterclaim, Plaintiff, Meadow Donuts, Inc., neither admits nor denies the allegations and leaves Defendants to their proof.

2. Plaintiff, Meadow Donuts, Inc., admits the allegations contained in paragraphs 2, 3, 4, 5, 6 and 7 of the Counterclaim.

3. In response to the allegations contained in paragraph 8 of the Counterclaim, Plaintiff, Meadow Donuts, Inc., neither admits nor denies the allegations and leaves the Defendants to their proof.

4. In response to the allegations contained in paragraph 9 of the Counterclaim, Plaintiff, Meadow Donuts, Inc., neither admits nor denies the allegations and leaves Defendants to their proof.

5. Plaintiff, Meadow Donuts, Inc., denies the allegations contained in paragraph 10 of the Counterclaim

MEADOW DONUTS, INC.
By its attorneys,

STEPHEN C. MACKIE, ESQ./1202

JOHN T. LONGO, ESQ./4928
MACKIE & REILLY
681 Smith Street
Providence, RI 02908
(401)521-4100
(401)274-5433 (f)

## DEMAND FOR JURY TRIAL

Plaintiff, Meadow Donuts, Inc., hereby requests a trial by jury on the Counterclaim.

## CERTIFICATION

I certify that a copy of the within Reply to Counterclaim was mailed to Anthony F. Muri, Esq., Goldenberg & Muri, 10 Weybosset Street, Providence, RI, on the 19th day of July, 2006.