**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**MEADOW DONUTS, INC.**

**VS.** **C.A. NO. 06-308-S**

**ANTONIO J. ANDRADE and**
**DIANA M. ANDRADE**

**ENTRY OF APPEARANCE**

I, JOHN T. LONGO, ESQ., hereby enter my appearance as co-counsel for Plaintiff, Meadow Donuts, Inc.

JOHN T. LONGO, ESQ./4928
Mackie & Reilly
681 Smith Street
Providence, RI 02908
(401)521-4100
(401)274-5433 (f)

**CERTIFICATION**

I certify that a copy of the within Entry of Appearance was mailed to Anthony F. Muri, Esq., Goldenberg & Muri, 10 Weybosset Street, Providence, RI, on the 19th day of July, 2006.