UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MEADOW DONUTS, INC.

vs. C.A. No. 06-308S

ANTONIO J. ANDRADE AND
DIANA M. ANDRADE

STIPULATION OF DISMISSAL
PURSUANT TO RULE 41(a)(1)(ii)

In accordance with the terms of the parties' settlement agreement dated October 3, 2006, the Complaint and Counterclaim are hereby dismissed with prejudice. No costs shall be assessed.

ANTONIO J. ANDRADE AND
DIANA M. ANDRADE
By their attorney,

/s/ Anthony F. Muri

Anthony F. Muri, Esq. (539)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
(401) 421-7300 – Voice
(401) 421-7352 – Fax
afm@goldenberg-muri.com – Email

MEADOW DONUTS, INC.
By its attorney,

/s/ Stephen C. Mackie

Stephen C. Mackie, Esq. (1202)
MACKIE & REILLY
681 Smith Street
Providence, RI 02908
(401) 521-4100 – Voice
(401) 274-5433 – Fax
law681@aol.com – Email

Approved:

William E. Smith, U.S.D.J.